IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 MAR 20 AM 10:07

JOSE FERNANDO COLON, )
)
    Petitioner, )
)
v. ) CASE NO. CV406-277
)
FRED BURNETTE, Warden, )
)
    Defendant. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 20th day of March, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA