IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
FOR SAVANNAH DIV.

2010 NOV -3 AM 10: 46

CLERK_____
SO. DIST. OF GA.

JOSE FERNANDO COLON,)
)
    Petitioner,)
)
v.) CASE NO. CV406-277
)
WARDEN FRED BURNETT and)
ATTORNEY GENERAL OF THE STATE)
OF GEORGIA,)
)
    Respondents.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 61), to which objections have been filed (Doc. 65). After a careful de novo review of the record, the Court can discern no meritorious grounds for relief. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's 28 U.S.C. § 2254 Petition is **DISMISSED WITH PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 3RD day of November 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA